DUFFEL, J., recused himself.

---

## F. M. McINTOSH et al. *v.* MERCHANTS & PLANTERS INSURANCE COMPANY. J. CULBERTSON, Receiver.

Privileges cannot be acquired by suits or seizures after a surrender made by a debtor to his creditors ; and the creditor on whose opposition to the tableau of distribution a reduction is ordered of the amount allowed by the syndic as counsel fees, cannot claim the exclusive benefit of such reduction.

APPEAL from the Fifth District Court of New Orleans, *Eggleston, J.*  E. *Rawle* and *Durant & Hornor*, for appellants. *G. Schmidt*, for appellees.

LAND, J. The question for our decision in this case is whether the creditor of an insolvent corporation who opposes a tableau of distribution filed by the receiver, and succeeds on his opposition in reducing the amount of fees allowed by the receiver to his counsel, is entitled to the exclusive benefit of such reduction, by privilege or preference to all the other creditors of the corporation.

The creditors who claim the benefit of such reduction, are *Angelrodt & Barth*, who succeeded on two former oppositions in reducing the fees allowed to counsel from three thousand to fifteen hundred dollars. These parties are now before us as appellees, on the appeal of other creditors of the corporation, from a judgment awarding to the appellees, on their op

position to the final tableau, the entire amount refunded to. the receiver, under the former decisions of this court.

The privilege claimed by the appellees cannot be allowed, because it is not granted by law.    Privileges cannot be acquired after a surrender of property, either by suits or seizures.    The advantage claimed by the appellees, is only allowed by Article 1792 of the Civil Code, when there is no cession of goods, and its provisions have no application to the case of an opposition by creditors to a tableau of distribution filed by a syndic or receiver.

It is, therefore, ordered, adjudged and decreed, that the judgment of the lower court on the opposition of *Angehrodl & Barth* be avoided and reversed ; and it is now ordered, adjudged and decreed, that said opposition be dismissed with costs in both courts, and that the final tableau filed by the receiver be confirmed and homologated at the costs of the appellees in this court.